UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| MICHAEL A. SZEGDA | : | Misc. 08-74 (JLL) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

It appearing by Order of the Supreme Court of New Jersey that MICHAEL A. SZEGDA was disbarred and permanently restrained and enjoined from the practice of law until further order of the court;

It is on this 21st day of MAY, 2008;

ORDERED that MICHAEL A. SZEGDA show cause on Monday, June 16, 2008 why he should not be disbarred and permanently restrained and enjoined from the practice of law before this Court.

Should a respondent desire to file a written response he must do so at least 10 days before the return of the order to show cause. No oral argument will be held unless so ordered by the Court.

Jose L. Linares,
United States District Judge